1  **FREEMAN MATHIS & GARY, LLP**
   Sharon C. Collier (SBN 203450)
2  Sharon.Collier@fmglaw.com
   Nathaniel L. Dunn (SBN 255661)
3  Nate.Dunn@fmglaw.com
   1850 Mt. Diablo Blvd., Suite 510
4  Walnut Creek, CA 94596
   D: (925) 210-2283
5  F: (833) 330-3669

6

7  Attorneys for Defendants
   COSTCO WHOLESALE CORPORATION

8
## UNITED STATES DISTRICT COURT
9
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| JULIET TUMUSIIME and ADAM MUKIIBI, | Case No. |
| Plaintiffs, | [*Removed from the Contra Costa County Superior Court, Case No. C24-02140*] |
| v. | |
| COSTCO WHOLESALE CORPORATION, CORELLE BRANDS, LLC; and DOES ONE through FIFTY, inclusive, | **NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION, by and through counsel, hereby removes the above-captioned action from the Superior Court of the State of California, in and for the County of Contra Costa, to the United States District Court for the Northern District of California.

Removal is warranted under 28 U.S.C. §1441(b) because this is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. §1332, on the grounds that complete diversity exists between Plaintiffs JULIET TUMUSIIME and ADAM MUKIIBI ("Plaintiffs") and the sole remaining defendant - Defendant COSTCO WHOLESALE CORPORATION (hereinafter, "Costco"), and the amount in controversy exceeds the sum of $75,000.

**STATEMENT OF FACTS**

On or about August 12, 2024, Plaintiff filed a Complaint against Costco in the Superior Court of California for Contra Costa County entitled *Juliet Tumusiime, et al. v. Costco Wholesale Corporation, et al.*, Case No. C24-02140 (hereinafter, the "State Court Action"). See Plaintiff's Complaint, Request for Judicial Notice ["RFJN"] No. 1. The Complaint asserts causes of action for strict products liability, negligence, and loss of consortium based on Plaintiffs' allegation that a pressure purchased from Costco was defective and resulted in Plaintiffs suffering damages. RFJN No. 1. Defendant CORELLE BRANDS, LLC was dismissed from the case on October 2, 2024. RFJN No. 2. Costco filed its Answer to the Complaint on October 2, 2024. RFJN No. 3.

Plaintiffs are residents of the City of Antioch, in the County of Contra Costa and the State of California. RFJN No. 1 at ¶ 1. Costco is a corporation incorporated in the State of Washington and with its principal place of business in the State of Washington. See Costco's Amended and Restated Articles of Incorporation, RFJN No. 4.

Plaintiffs' Complaint did not specify the amount of damages sought. RFJN No. 1. Plaintiffs served their Statement of Damages on October 22, 2024. Declaration of Nathaniel L. Dunn ["Dunn Dec."] at ¶ 3. Plaintiffs' Statement of Damages alleges damages for pain, suffering, fear, anxiety, embarrassment, and emotional distress in an amount exceeding $1,000,000. Dunn Dec. at ¶ 4.

**GROUNDS FOR REMOVAL BASED ON DIVERSITY JURISDICTION**

This action involves parties who are citizens of different states and the amount in controversy exceeds $75,000. Accordingly, this Court has jurisdiction under 28 U.S.C. § 1332, and Costco has the right to remove this matter to this Court pursuant to 28 U.S.C. § 1441(b).

**A.     Complete Diversity of Citizenship as to Plaintiffs and Costco**

Plaintiffs and Costco are citizens of different states. Thus, complete diversity of citizenship exists. Plaintiffs reside in Contra Costa County, in the State of California. Plaintiffs are therefore citizens of California. Costco is a citizen of the State of Washington. Costco is a corporation formed and incorporated under the laws of the State of Washington. RFJN No. 4. Moreover, Costco is headquartered and maintains its principal place of business at 999 Lake Drive, Issaquah,

2
NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY];
AND DEMAND FOR JURY TRIAL

Washington 98207. <u>Id.</u> at "Page 4," Article X.

B.  **Amount in Controversy**

The amount in controversy in this action exceeds the jurisdictional minimum of $75,000 set by 28 U.S.C. § 1332(a) in order to invoke diversity jurisdiction. The Supreme Court has held that the party seeking removal, "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." <u>Dart Cherokee Basin Operating Co., LLC v. Owens</u>, 574 U.S. 81, 89 (2014). The calculation of the amount in controversy takes into account claims for general damages, special damages, punitive damages, and attorney's fees recoverable by statute or contract. <u>Patel v. Nike Retail Servs., Inc</u>., 58 F. Supp. 3d 1032, 1037 (N.D. Cal. 2014).

Here, Plaintiffs expressly alleges in their Statement of Damages that their general damages exceed $1,000,000. That amount exceeds the $75,000 minimum threshold for diversity jurisdiction.

**TIMELINESS OF REMOVAL**

Under 28 U.S.C. § 1446 (b)(3), removal of this action is timely because it was removed within thirty (30) days of when the case first becomes removable.

Plaintiffs initiated this action on August 12, 2024. The action was not immediately removable on the face of the Complaint because the Complaint did not specify the amount at issue. The action first become removeable to federal court when Plaintiffs served their statement of damages on October 22, 2024. This notice of removal is therefore timely.

**VENUE**

Venue of this removed action is proper pursuant to 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action was commenced.

**NOTICE TO PLAINTIFF**

Costco's Notice to State Court and Adverse Parties of Removal shall be promptly filed in the State Court Action and served on Plaintiffs' counsel. <u>Dunn Dec.</u> at ¶ 5.

**DEMAND FOR JURY TRIAL**

Costco hereby demands a jury trial of twelve jurors pursuant to Fed. Rule Civ. Proc. 48.

**PRAYER**

WHEREFORE, Costco prays that the above-entitled action, currently pending in the Contra Costa County Superior Court, be removed to the United States District Court for the Northern District of California, and that this action proceed in this Court as an action properly removed there.

Dated: November 14, 2024

**FREEMAN MATHIS & GARY, LLP**

By: _____
NATHANIEL L. DUNN
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of Contra Costa, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1850 Mt. Diablo Blvd., Suite 510, Walnut Creek, CA 94596 my email address is karen.greer@fmglaw.com

On November 14, 2024, I served copies of the attached document(s) entitled:

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

On the interested parties in this as follows:

*SEE ATTACHED SERVICE LIST*

In the manner set forth below:

☐ **BY U.S. MAIL.** I placed such envelope, addressed to the parties set forth on the attached Service List, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service for delivery to the addressee.

☒ **BY ELECTRONIC MAIL.** I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic notification address is Karen.greer@fmglaw.com

☐ **BY PERSONAL DELIVERY.** I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the below persons set forth on the attached Service List.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 14, 2024, at Walnut Creek, California.

*Karen Greer*
_____
Karen Greer

# SERVICE LIST

**Tumusiime, et al. v. Costco Wholesale Corporation, et al.**
*Contra Costa County Superior Court Case No. C24-02140*

| | |
|---|---|
| Matthew D. Davis, Esq.<br>Andrew P. McDevitt, Esq.<br>Joseph Nicholson, Esq.<br>Walkup, Melodia, Kelly & Schoenberger, P.C.<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br><br>Email: mdavis@walkuplawoffice.com<br>amcdevitt@walkuplawoffice.com<br>jnicholson@walkuplawoffice.com<br>JShull@WalkupLawOffice.com<br>afreeman@WalkupLawOffice.com<br>kbenzien@WalkupLawOffice.com | ***Attorneys for Plaintiffs***<br>JULIET TUMUSIIME and ADAM MUKIIBI |

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY];
AND DEMAND FOR JURY TRIAL**