

Joseph Nicholson
jnicholson@walkuplawoffice.com

April 18, 2025

**Via ECF**

Judge Rita F. Lin
U.S. District Court California Northern District
San Francisco Courthouse Courtroom 15, 18th Floor
450 Golden Gate Ave
San Francisco, CA 94102

    Re:   *Tumusiime v. Costco, et. al.*

Dear Judge Lin:

    Pursuant to your scheduling Order on February 10, 2025, I write to notify the Court that the parties have agreed to mediate this case with David Moeck, Esq. and have reserved the date of May 21, 2025, for that purpose.

    Thank you for your attention to this matter.

Very truly yours,

JOSEPH NICHOLSON
Associate

JAN\js
cc:    All counsel of record via ECF